# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESMERALDA S. BARRIENTOS,
            Appellant,
vs.
WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST AS TRUSTEE OF THE
RESIDENTIAL CREDIT
OPPORTUNITIES TRUST SERIES
2015-1,
            Respondent.

No. 70460

**FILED**

NOV 03 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:

cc:    Hon. David A. Hardy, District Judge
        Debbie Leonard, Settlement Judge
        Terry J. Thomas
        Brooks Hubley LLP
        Washoe District Court Clerk

16-34382